## TOWN OF WILLIAMSTOWN v. KINMAN.

Court of Appeals of Kentucky.

(Decided March 20, 1934.)

C. C. ADAMS for movant.

F. A. HARRISON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## JOHNSON ELECTRIC SUPPLY CO., Inc., v. ROSS & CHATFIELD.

Court of Appeals of Kentucky.

(Decided March 23, 1934.)

WILSON & ROBINSON for movant.

E. POE HARRIS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## PEIRCE DRUG COMPANY v. HARLAN NATIONAL BANK.

Court of Appeals of Kentucky.

(Decided March 23, 1934.)

B. M. LEE for movant.

E. L. MORGAN, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.